

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| CASA PALMIRA, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| TAYLOR CHILD CARE, L.P. A/K/A TAYLOR CHILE CARE, LIMITED, AND MICHAEL W. HICKS, | § | of El Paso County, Texas |
| | § | (TC# 2015DCV1729) |
| Appellees. | § |  |
|  | § |  |

# O R D E R

Pending before the Court is Appellees' motion for modification of deadlines. The motion is GRANTED.

It is therefore ORDERED that the deadline for the trial court to file its written findings of fact and conclusions of law with the El Paso District Clerk is extended to August 6, 2018. The El Paso District Clerk is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before August 16, 2018

IT IS SO ORDERED this 10th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.